UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| MARIA LORA, JOSE J. AGUILAR, and DANIEL VISUETH *on behalf of herself and those similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 8:14-cv-2304-T-35TBM |
| TOMATO THYME CORPORATION, and RED DIAMOND ENTERPRISES, INC. | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## JOINT REPORT REGARDING SETTLEMENT

The parties jointly submit the following report regarding their settlement discussions in this suit and hereby express their desire to continue settlement discussions up an until May 4, 2015. In support of this motion, the parties state as follows:

1. This suit involves allegations of workplace rights violations and is brought by four individual Plaintiffs who are suing their former agricultural employer.

2. This action is currently proceeding under a FLSA Scheduling Order, which directed the parties to meet no later than No later than **twenty-eight (28) days** after the parties exchange all required documents. (Docket Entry 18) 2, ¶4. In the interim, the Scheduling Order states that all other discovery is stayed. *Id.* at 3, ¶ 7.

3. On February 26, 2015, Plaintiffs' and Defendant's counsel met in-person in Fort Lauderdale, Florida, to discuss settlement. Counsel for the parties agreed that, while they had insufficient factual information to reach at a settlement agreement on that date, they would like to continue settlement discussions.

4. On March 12, 2015, the parties' counsel jointly requested the Court to grant them an extension of time until April 27th, 2015 to file their settlement report. This extension was sought

to provide additional time to discuss possible settlement and to allow parties to exchange and review documents relevant to the parties' overtime claims (Docket Entry 25). On March 17, 2015, this Court granted this request. (Docket Entry 26).

Since the Court's March 17 order, the parties have continued to review and discussed at length possible settlement options, with one settlement offer pending a response by the plaintiffs. Counsel for the plaintiffs is in the process of conferring with their clients regarding the current settlement offer but requires additional time to review this proposal with their clients.

This request is not brought for the purpose of delay but rather is in keeping with the spirit of the Court's Scheduling Order, i.e. to facilitate a fair settlement assessment. Therefore, the parties jointly move the Court to modify its Scheduling Order by permitting the parties to continue settlement discussions up until and including May 4th, 2015, further extending the deadline for settlement discussions as previously established by the Court's Amended Scheduling Order. (Docket Entry 26). The parties agree that the current settlement discussions offer a useful construct for possible resolution of this case. Both sides wish to fully explore settlement before committing the substantial resources needed to try this matter. Granting this brief additional time for settlement discussions will not unduly delay this matter.

Respectfully submitted,

Dated: April 27th, 2015         */s/ Victoria Mesa*
                                Victoria Mesa
                                Florida Bar Number 076569
                                Mesa & Coe Law, P.A.
                                508 Lucerne Avenue
                                Lake Worth, FL 33460
                                Tel: (561) 880-8062
                                Fax: (561) 828-8359
                                email: victoria@mesacoelaw.com

           ***/s/ Gregory S. Schell***
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:	(561) 582-3921
Facsimile:	(561) 582-4884
e-mail:	greg@floridalegal.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a copy by electronic mail to Defendant's counsel, David A. Buchsbaum of Fisher & Phillips, LLP, 450 East Las Olas Boulevard, Suite 800, Fort Lauderdale, Florida 33301.

           ***/s/Victoria Mesa-Estrada***
Victoria Mesa-Estrada